HUGH F. HANLEY and Another, as Administrators, etc., of ELLEN E. HANLEY,

Deceased, Appellants, v. CORN HILL REALTY COMPANY, Respondent.— Judgment and orders affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.